# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JAMES CRAFT,<br><br>              Plaintiff,<br><br>     v.<br><br>N. GRANNIA, et al.,<br><br>             Defendants. | CASE NO. CV 08-1179-VBF (JEM)<br><br>ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a) |

     On August 27, 2009, James Craft ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed a Third Amended Complaint pursuant to 42 U.S.C. § 1983 ("TAC"). Plaintiff's claims arise out of his detention at various California state prisons. (TAC at 2.) Plaintiff names Donna Corbin, CDCR Litigation Officer, and Karen C. Davis, Accountant Technician, as defendants and sues each in their individual capacities. (TAC at 3 & 8.)

     On September 2, 2009, the Court ordered that defendants Corbin and Davis be served individually by the United States Marshal.

     Defendant Corbin's response to the TAC was due by November 16, 2009. Defendant Davis's response to the TAC was due by November 29, 2009. To date, both defendants Corbin and Davis have failed to respond to the TAC.

1  Accordingly, defendants Corbin and Davis are ORDERED TO SHOW CAUSE why
2  their default should not be entered for failure to respond to the TAC.  Defendants each may
3  file a written response to the Order to Show Cause or may file an Answer to the TAC within
4  twenty (20) days of the date of this Order.  If defendant Corbin or Davis fails to respond to
5  this Order to Show Cause, the clerk will enter defendant's default and plaintiff may proceed
6  to seek default judgment pursuant to Federal Rules of Civil Procedure 54 and 55.[1]
7  The Clerk is directed to serve a copy of this Order to Show Cause upon plaintiff and
8  all defendants who have been served with the TAC.
9  IT IS SO ORDERED.

11 DATED: December 9, 2009              /s/
                                     JOHN E. MCDERMOTT
12                                   UNITED STATES MAGISTRATE JUDGE

---

[1] If defendant fails to file a response to the Order to Show Cause, any request for entry of default judgment must comply with Rules 54 and 55 of the Federal Rules of Civil Procedure.