FILED
CLERK, U.S. DISTRICT COURT

NOV 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JAMES CRAFT, | Case No. CV 08-1179-VBF (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| N. GRANNIS, ET AL., | |
| Defendants. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 11-18-10

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE